NS

Filed: July 18, 2023

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

## INFORMAL BRIEFING ORDER

---

No. 23-1748,       Felicia Morgan v. City of Charlotte
                   3:22-cv-00003-KDB-DCK

This case has been placed on the court's docket under the above-referenced number, which should be used on papers subsequently filed in this court. The case shall proceed on an informal briefing schedule pursuant to Local Rule 34(b). The Informal Brief Form is attached. Informal briefs shall be served and filed within the time provided in the following schedule. Only the original informal brief is required; no copies need be filed unless requested by the court.

Informal opening brief due: 08/11/2023

Informal response brief permitted within 14 days after service of informal opening brief (filing of an informal response brief is not required).

Informal reply brief permitted within 10 days after service of informal response brief, if any.

If the informal opening brief is not served and filed within the scheduled time, the case will be subject to dismissal pursuant to Local Rule 45 for failure to prosecute. Extensions of briefing deadlines are not favored by the court and are granted only for good cause stated in writing.

The court will not consider issues that are not specifically raised in the informal opening brief. If a transcript is necessary for consideration of an issue, appellant must order the transcript within 14 days of filing the notice of appeal, using the court's **Transcript Order Form**. Parties who qualify to proceed without prepayment of fees and costs may apply for preparation of the transcript at government expense. In direct criminal appeals in which the appellant has waived the right to counsel and elected to proceed pro se, the motion for transcript at government expense is filed in the Court of Appeals and transcript is ordered by the Court of Appeals. In other cases, the motion should be filed in the district court

RECEIVED

2023 AUG 10 AM 11:42

U.S. COURT OF APPEALS
FOURTH CIRCUIT

Docket 63-4

Ellis and Tillson stated they knocked on Morgan door, no one answered, Then Morgan came out Ellis and Tillson was talking to Morgan and Morgan stated he was a police officer and gave a fake badge, Morgan told Tillson and Ellis he smoke pot before they arrived, Ellis and Tillson still not feeling threaten by Morgan, Tillson and Ellis observe Morgan with what Ellis stated with what look like a real firearm in his

waist pants, Ellis and Tillson observe Morgan dropping what Ellis stated to be a real firearm, Tillson and Ellis both observe Morgan pick what they state to look like a firearm with hammer cocked, Morgan put back in his jacket, Tillson nor Ellis feeling threaten enough to pull their firearms to take Morgan in to custody, Tillson walk away back turned to Morgan why Ellis kept talking to Morgan, not feeling threaten enough to pull their firearms, Ellis Told Mentally Unstable Morgan to go in his house with what Ellis said look like a real firearm,   Docket 60-5 60-6 Ellis and Tillson both observe Morgan Mental state nor Ellis or Tillson was threaten enough to take Morgan in custody. Docket 63-1 Office Skipper stated minutes alter arriving on the scene Morgan came out side door and pointed a firearm at him he told him to drop it about 4times, Morgan then went back in his house, Skipper a train sniper was not Threaten enough to shoot, Skipper allowed Morgan to go alter he saw what Ellis said he thought was a real firearm,

In my argument why was Morgan allowed to go in his residents with a firearm what three train officers saw. Skipper stated he heard gun fire coming from Morgan shoots fire he started but there was about 15 to 20 trained officers out there behind tree lines on Dec 1,2018 not one was injured from a bullet, train officers know when glass is breaking or when bullets is hitting the trees, They shoot Morgan but it was unjustified shooting alter shooting Morgan excessive force was use by beating Morgan.

Felicia Morgan / Bobby Morgan Vs City of Charlotte

Docket 63-1

Fact/Statement; Tillson and Ellis came in contact with Morgan round 8:30am Tillson and Ellis went to Morgan door, Tillson nor Ellis no statement feeling threaten fore their lives, alter talking to Morgan about 20 30 minutes still not feeling threaten, watch Morgan drop what Ellis stated look like a real firearm still not threaten why Morgan pick it up with Tillson and Ellis standing both just minutes before talk about Morgan Mental state,

Docket 63-1 57-3

Fact/ Statement; Tillson and Ellis heard gunfire coming from Morgan residence were they had to found cover, Tillson and Ellis was face to face with Morgan, allowed Morgan to pick up what look like a firearm, Tillson nor Ellis was threaten, But said they heard gunfire coming from inside and now they was threaten by Morgan actions,

Argument: Morgan was face to face with Ellis and Tillson who allowed him to drop and pick up what look like a real firearm and place it in front on them in his jacket. Morgan was close enough to drop but in his residence he was not a threat to no one because he was inside.

Fact: 6Docket 63-4 Morgan threaten to shoot and kill neighbors in front of Tillson and Ellis alter they saw what look like a real firearm with a cocked hammer, Tillson nor Ellis pull their weapons to take Morgan in custody.

Argument: Morgan should have been taken in custody at that time, Morgan was allowed to walk back in his residence, Mobile Crisis should have been call at that point, Morgan had showed all signs of a Mental state.

Docket 63-4 Tillson try to grab Morgan alter he told Morgan to pick up a what look like a real firearm still Tillson nor Ellis threaten enough to pull their weapons,

Officer Skipper stated Morgan came out side door and pointed what look like a real firearm at him, he told Morgan to drop it four times, But Morgan went back in his residence. Skipper statement five minutes later he heard shoots. Skipper let Morgan point a firearm at him he was not threaten enough to take a shot. He allow Morgan to go back inside his residence.

Argument: Skipper was not threaten by Morgan alter he pointed a what look like a real firearm at him but Morgan inside his residence he feel threaten, How is it Morgan came face to face with train officers was not threaten and the only time they saw Morgan alter he went inside his Residence is from a window they felt threaten,

Statement: Rud statement he saw Morgan point a what look like a real firearm at Gonzalez and Thompson from the window,

Argument: Behind a tree how could you see if Morgan was pointing and of what Morgan had in his hands.

Argument: Tillson and Ellis Skipper Gonzalez and Thompson train officers to know when a firearm is real, They also have been train to know when their been shot at, on Dec 1, 2018 Morgan was shoot that's a fact, But alter his face throat, Excessive Force was used in so many ways, That should not have been used,

Docket

**Supporting Facts and Argument.** 63-1  63-2

Ellis And Tilson was aware of his mental issuse If Tilson was aware of Bobby mental Ininess and Told Ellis he had mental Illness why did Two Train officers allow Bobby walk back into his Resdents knowing he was mental unstable that day

**Issue 2.** Docket # 60-6

**Supporting Facts and Argument.**

Morgan infor the officers That he had smoke mamijana And Told Them he was a police officer and gave Them A badge numbe and stated his house was urder sueveillana by The FBI

**Issue 3.** Docket # 63-1

**Supporting Facts and Argument.**

officer Gonzalez and office skipper heard gun shots coming from inside Bobby Resident

**Issue 4.** Docket # 57-3  57-4

**Supporting Facts and Argument**

Ellis And Tilson said it looked like a Real Firearm Looking and being is To diffence scenario, Fact you have more than 20 Train officers

4. **Relief Requested**
Identify the precise action you want the Court of Appeals to take:




5. **Prior appeals (for appellants only)**
A. Have you filed other cases in this court? Yes [ ] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?




_____
Signature
[Notarization Not Required]

Felicia Morgan
_____
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
************************

I certify that on ⎽10, 2023⎽ I served a copy of this Informal Brief on all parties, addressed as shown below:


Felicia Morgan
_____
Signature

---

| NO STAPLES, TAPE OR BINDING PLEASE |
| --- |

Roger A. McCalman Office of City Attorney
Kayla Nicole McDaniel Cranfill Summer LLP
Daniel E. Peterson Parker, Poe, Adams & Bernstein LLP
Scott E. L. Wallace Wallace Law Firm PLLC,
Terry
Ms. Stephanie Helen Webster Cranfill Summer LLP

23-1748

Felicia Morgan
1052 Stonebridge Lane
Leland, NC 28451

Docket 63-4
------------------------------------------------------------------------
In this docket police said they knock on door and no one answer. Docket 57-4 ellis caution to speak to Bobby while Tilson went to speak with neighbors. duran this time frame Tilso walk away while Ellis styed with Bobby. Docket 57-4 Ellis try to get Bobby to go into his resdent. Docket 63-3 Bobby ~~Tilson~~ than went to Tilson and handed him a peace of mail duran this time frame Bobby had a pop gun in his waist panis. Ellis nor Tilson felt threathen enough to sude him.

------------------------------------------------------------------------
63-4 At this point Tilson to grab Bobby still not theathen enought to pull his weapon to arrest Bobby. My argumont knowing Bobby had mental issaes. A mental in not sappose to carred a weapon peioted.
60-5 and 60-6
Two train officers observe what they said in the statement was a real fire arm with the hammer cock stock in his waist line at the if he was a threat why wasnt ~~has~~ he taken in to custo at that point ~~was for~~ why was he allow to go back into his resident

my ARugment about all I have written in These pappers. officers Ellis and Tilson let all The other OFFicers That arrived on the scewe Docket 57.3 57.4 Ellis and Tilson Said iT look Like a Real gun. Bobby did Not apose a ThReat To no owe skipper is A TRain SnypeR by point a gun aT him his sTatement he could eAsyly Took Bobby down IF he FelThen ThReAten. BiN loTen pose a ThreaT do SNipper pose a Threath but Dec. 1 2018 Bobby did woT pose A ThreaT. After shooting him was sTill posing a Thrent when They were beatingh him my ARugment excessive FoRce unJusaFid ShooTing Thank you

# SEALED & CONFIDENTIAL MATERIALS

### Internet Availability of Docket & Documents

Fourth Circuit case dockets and documents are available on the Internet via the Judiciary's PACER system (Public Access to Court Electronic Records). The Fourth Circuit docket is available on the Internet even if the district court docket was sealed. If a party's name was sealed in the district court, it should be replaced by "Under Seal" or a pseudonym on appeal.

Due to the electronic availability of court documents, the federal rules prohibit including certain personal data identifiers in court filings. In addition, parties should not include any data in their filings that they would not want on the Internet. Counsel should advise their clients on this subject so that an informed decision can be made. Responsibility rests with counsel and the parties, not with the clerk.

Documents filed by the parties in immigration, social security, and railroad retirement board cases are not accessible over the Internet to the public. Public Internet access is limited to the court's docket, orders, and opinions in these cases. Parties wishing to prevent their full names from appearing in court opinions or orders in these cases should file a motion to amend the caption to use the party's first name and last initial rather than their full name.

### Federal Rules of Procedure

The federal rules of procedure require filers to redact any of the following personal data identifiers (PDIs) if included in court filings: (1) social security and tax ID numbers must be limited to last four digits; (2) minor children must be identified by their initials only; (3) dates of birth must show the year only; (4) financial account numbers must be limited to the last four digits only; and (5) home addresses in criminal cases must be limited to city and state only. The federal rules establish limited exceptions to these redaction requirements. See Fed. R. App. P. 25(a)(5); Fed. R. Civ. P. 5.2; Fed. R. Crim. P. 49.1; Fed. R. Bankr. P. 9037

### Judicial Conference Privacy Policy

In addition, the judiciary's regulation on Privacy Policy for Electronic Case Files prohibits filers from including any of the following criminal documents in the public file: (1) unexecuted summonses or warrants; (2) bail or presentence reports; (3) statement of reasons in judgment of conviction; (4) juvenile records; (5) identifying information about jurors or potential jurors; (6) CJA financial

Argument: I.m asking that the city of charlotte turn over the Bullets that they spent all night taking them from Morgan residence, also the bullets from Morgan body that they have this is a big part of Morgan case, The's are things the first judge ask about in court that I could not stand up and say.


Felicia Morgan /Bobby Morgan we just want some justice in this nightmare,

Morgan has PTSD real bad from being shoot.

8/9/2023

FILED: July 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 23-1748
(3:22-cv-00003-KDB-DCK)

———————

FELICIA MORGAN, individually and as Guardian ad Litem of other Bobby
Morgan

      Plaintiff - Appellant

v.

CITY OF CHARLOTTE; EDWARD GONZALEZ, both individually and in his
official capacity as a law enforcement officer with CMPD; DEREK RUD, both
individually and in his official capacity as a law enforcement officer with CMPD;
JOSHUA SKIPPER, both individually and in his official capacity as a law
enforcement officer with CMPD

      Defendants - Appellees

———————

ORDER

———————

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

ORIGIN ID:ILMA  (980) 395-9870
FELICIA RENA MORGAN

1052 STONEBRIDGE LANE

LELAND, NC 28451
UNITED STATES US

SHIP DATE: 09AUG23
ACTWGT: 0.15 LB
CAD: 6991313/SSF02422

BILL CREDIT CARD

TO **CLERK**
**US COURT OF APPEALS FOURTH CIRCUIT**
**1100 E MAIN ST**
**5TH FLOOR**
**RICHMOND VA 23219**
(000) 000-0000      REF:
INV:
PO:                DEPT:



**FedEx**
Express

**E**

TRK# **7822 8657 4370**
0201

**THU – 10 AUG 10:30A**
**PRIORITY OVERNIGHT**

**XE GVEA**

**23219**
VA-US   **RIC**



RECEIVED
U.S. MARSHALS

